1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**

MAR 12 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

6  Attorneys for the United States of America

**SEALED**

7
8            IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10
                                    2:14-CR-0063 TLN
11 UNITED STATES OF AMERICA,        CASE NO.
12                    Plaintiff,    ORDER TO SEAL
                                    (UNDER SEAL)
13 v.
14 DEVERON L. LYONS,
15                    Defendant.
16
17    The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney
18 Christiaan H. Highsmith to seal the indictment, and this Order, in the above-referenced case, shall be
19 sealed until the arrest of the first defendant or until further order of this Court.
20 DATED: March 12, 2014
21                                    _____
                                      DALE A. DROZD
22                                    United States Magistrate Judge
23
24
25
26
27
28
                                          1