HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
DEVERON L. LYONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  CR. S-14-00063-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| DEVERON L. LYONS, | ) Date:   June 19, 2014 ) Time:   9:30 a.m. ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

DEVERON L. LYONS by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and CHRISTIAAN HIGHSMITH, Assistant United States Attorney, hereby agree that the status conference set for June 5, 2014, be continued to June 19, 2014, at 9:30 a.m.

The reason for this continuance is that defense counsel needs additional time to meet with Mr. Lyons and discuss the case in light of plea negotiations.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from June 5, 2014 through June 19, 2014, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of

/ / /

/ / /

justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 28, 2014    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle D. Barbour
RACHELLE D. BARBOUR
Attorney for Defendant
DEVERON L. LYONS

DATED: May 28, 2014    BENJAMIN B. WAGNER
United States Attorney

/s/ Rachelle Barbour for Christiaan Highsmith
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that this matter is continued to June 19, 2014, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from June 5, 2014 up to and including June 19, 2014, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: May 30, 2014

_____
Troy L. Nunley
United States District Judge